# BOHRER & LUKEMAN

COUNSELLORS AT LAW
5 Columbus Circle
Suite 1501
New York, NY  10019
OFFICE (212) 406-4232
TELEFAX (212) 202-4440
www.flightinjury.com

MEMBERS NY AND NJ BAR

Abram I. Bohrer, Esq.
--------------------
David A. Zeitzoff, Esq.

NEW JERSEY OFFICE
354 Eisenhower Pkwy
Plaza 1, Second Floor
Livingston, NJ 07039

January 11, 2021

**Via ECF:**
The Honorable Peggy Kuo
United States Magistrate Judge
225 Cadman Plaza East
Brooklyn, NY 11021

Re:   *Nikaj et al. v. Turkish Airlines, Inc.*
      Index No.: 1:19-cv-01401-ARR-PK

Dear Judge Kuo:

   Please accept the foregoing as joint correspondence by the parties regarding settlement. As you know, Sead Nikaj, Mohammed Anjum, Nasrin Islamdoust, Shaheen Khan, and Violeta Myftiu have settled their claims.

   The parties respectfully request that the Court issue a "60-day Order" dismissing the matter without prejudice as to plaintiffs, Sead Nikaj, Mohammed Anjum, Nasrin Islamdoust, Shaheen Khan, and Violeta Myftiu, and if neither party moves to restore within that time, the case be dismissed with prejudice as to those plaintiffs.

   We have conferred with defense counsel, Christopher Carlsen, Esq., and he joins in the instant application.

   Your Honor's continued courtesies in this matter are greatly appreciated.

Respectfully submitted,
BOHRER & LUKEMAN

By:_____
Abram I. Bohrer, Esq.
David A. Zeitzoff, Esq.

**Via ECF:**
cc:   Christopher Carlsen, Esq.